UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| SHAHINA SIDDIQUA, | : | CASE NO.  19-65388-PWB |
| Debtor. | : | |
| | | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Shahina Siddiqua, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 21-5100-PWB |
| MOHAMMAD MONIM HOSSAIN, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW S. Gregory hays, as Chapter 7 Trustee for the bankruptcy estate of Shahina Siddiqua and plaintiff herein ("**Trustee**"), and Mohammad Monim Hossain a defendant herein ("**Mr. Hossain**" and with Trustee, the "**Parties**"), by and through their respective undersigned counsel, and, pursuant to Federal Rules of Bankruptcy Procedure Rule 7041 and Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this adversary proceeding and all claims raised herein.

18313335v1

Respectfully submitted this 21st day of June, 2022.

        ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:   */s/ Michael J. Bargar*
        Michael J. Bargar
        Georgia Bar No. 645709
        michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500


STEPHEN LAW FIRM LC
*Attorneys for Mr. Hossain*

By:   */s/ Stephen Francis Suarino*
*(With express permission by Michael J. Bargar)*
        Stephen Francis Suarino
        Georgia Bar No. 688888
        steve@theslfirm.com
6090 Dawson BLVD
Suite J
Norcross, GA 30093
Tel: (770) 599-7887
Fax: (770) 599-7898

2

18313335v1

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18, and that I have this date served a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE by electronic mail at the email addresses stated:

Stephen Francis Suarino
steve@theslfirm.com

Dated: June 21, 2022.

/s/ *Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

18313335v1